# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

13-1151

Fuqi International Inc v. George Rich, Jr.

1-12-cv-01457

## O R D E R

In accordance with the motion by the appellant in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

September 17, 2013
Paul A. Fioravanti Jr.Esq.
John L. ReedEsq.
Justin O. RelifordEsq.
Eric L. ZagarEsq.

**A True Copy**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.